**UNITED STATES of America, Plaintiff–Appellee**

v.

**Albert OWENS, Jr., Defendant–Appellant.**

**No. 13–11078**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 22, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

**3.** Clewis's motion for judicial notice is DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

PER CURIAM: *

The Federal Public Defender appointed to represent Albert Owens, Jr. has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Owens has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Owens's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.